## SCHEDULE B

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

------------------------------------x

GLOBAL ASSOCIATION OF RISK : 2:23-cv-01289
PROFESSIONALS, INC. :
: **STIPULATION OF**
             Plaintiff, : **SETTLEMENT AND DISMISSAL**
:
v. :
:
CHARLES CARRÉ III, :
:
             Defendant. :

------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Global Association of Risk Professionals, Inc. ("Plaintiff") and Defendant Charles Carré, through their respective counsel that:

    1.    An agreement denominated "Settlement and Release Agreement" has been reached between the parties in settlement of this action; and

    2.    This court, by the undersigned Hon. Susan D. Wigenton, U.S.D.J. shall maintain jurisdiction for purposes of any disputes arising out of compliance with the parties' respective obligations under the Settlement Agreement; and/or any action to enforce the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this action is hereby dismissed with prejudice and without costs or attorneys' fees to either party as against the other.

SEYFARTH SHAW LLP

By: _____
Jeremy A. Cohen
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Attorneys for Plaintiff
Global Association of Risk Professionals, Inc.

Dated: October 27, 2023

KRENKEL & KRENKEL, LLC

By: _____
David A. Krenkel
107 Main Street
Allenhurst, New Jersey 07711
(732) 531-9300

Attorneys for Defendant
Charles Carré

Dated: October 25, 2023

SO ORDERED this 6th day of December 2023

_____
HON. SUSAN D. WIGENTON, U.S.D.J.

Doc ID: 3002761801e03f37da257a2cd25c6477c71e17ce